UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KIPP DODDS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>B/E AEROSPACE, INC., AMIN J. KHOURY, JAMES F. ALBAUGH, DAVID J. ANDERSON, RICHARD G. HAMERMESH, JONATHAN M. SCHOFIELD, MARY M. VANDEWEGHE, and JOHN T. WHATES,<br><br>Defendants. | Case No. 1:16-cv-25038-KMM |

**STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION AS MOOT**

WHEREAS, on October 23, 2016, B/E Aerospace, Inc. ("B/E Aerospace" or the "Company") announced that it had entered into a definitive merger agreement (the "Merger Agreement"), pursuant to which Quarterback Merger Sub Corp. ("Merger Sub"), a wholly owned subsidiary of Rockwell Collins, Inc. ("Rockwell Collins") will acquire B/E Aerospace (the "Proposed Transaction");

WHEREAS, on November 23, 2016, B/E Aerospace filed a joint proxy statement/prospectus (the "Proxy") with the Securities and Exchange Commission ("SEC") in support of the Proposed Transaction;

WHEREAS, on December 5, 2016, Plaintiff Kipp Dodds, a shareholder of B/E Aerospace, filed a Class Action Complaint in the above captioned action (the "Action") alleging Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule

14a-9 promulgated thereunder (the "Exchange Act") by causing the allegedly materially incomplete and misleading Proxy to be filed;

WHEREAS, on January 5, 2017, Plaintiff in the Action filed a motion for temporary restraining order and preliminary injunction to enjoin the shareholder vote on the Proposed Transaction unless and until Defendants cured their alleged Exchange Act violations [ECF No. 8] (the "Motion for PI");

WHEREAS, subsequent to the filing of the Motion for PI, counsel for the parties discussed what additional disclosures might resolve the claims raised in the Action and Motion for PI;

WHEREAS, the parties identified categories of disclosures the Company would provide that Plaintiff agreed would moot the Motion for PI (the "Supplemental Disclosures");

WHEREAS, Defendants filed an amended proxy containing the Supplemental Disclosures on January 10, 2017;

WHEREAS, the Supplemental Disclosures moot the disclosure claims asserted in the Action, including the Motion for PI;

NOW THEREFORE, pursuant to the stipulations of the parties, **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

Plaintiff's Motion for PI is hereby withdrawn;

**AGREED BY:**

Dated: January 20, 2017                                   Respectfully submitted,

| | |
|---|---|
| **MONTEVERDE & ASSOCIATES PC** <br> Juan E. Monteverde <br> The Empire State Building <br> 350 Fifth Avenue, 59th Floor <br> New York, NY 10118 <br> Tel: (212) 971-1341 <br> E-mail: jmonteverde@monteverdelaw.com <br><br> *Attorneys for Plaintiff* | **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP** <br><br> s/ *Scott R. Shepherd* <br> Scott R. Shepherd (Fl. Bar No. 69655) <br> Nathan C. Zipperian (Fl. Bar No. 61525) <br> 1625 N. Commerce Parkway <br> Suite 320 <br> Fort Lauderdale, FL 33326 <br> Telephone: 954/515-0123 <br> Facsimile: 866/300-7367 <br> Email: sshepherd@sfmslaw.com <br> Email: nzipperian@sfmslaw.com <br><br> *Attorneys for Plaintiff* |
| **AKERMAN LLP** <br><br> /s *Michael C. Marsh* <br><br> Michael C. Marsh (Fl. Bar No. 72796) <br> Ryan A. Roman (Fl. Bar No. 25509) <br> Three Brickell City Centre <br> 98 Southeast Seventh St., Ste. 1100 <br> Telephone: 305-374-5600 <br> Facsimile: 305-349-4554 <br><br> *Local Counsel for Defendants* | **SHEARMAN & STERLING LLP** <br><br> /s *Alan S. Goudis* <br><br> Alan S. Goudis <br> Daniel Kahn <br> 599 Lexington Avenue <br> New York, New York 10022 <br> Telephone: 212-848-4906 <br> Facsimile: 646-848-4906 <br><br> *Attorneys for Defendants* |

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of January, 2017.

_____
**U.S. District Judge**