**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| KIPP DODDS, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　Plaintiff,<br>　　v.<br>B/E AEROSPACE, INC., AMIN J. KHOURY, JAMES F. ALBAUGH, DAVID J. ANDERSON, RICHARD G. HAMERMESH, JONATHAN M. SCHOFIELD, MARY M. VANDEWEGHE, and JOHN T. WHATES,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No.  1:16-cv-25038-KMM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITH PREJUDICE AND
PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES**

WHEREAS, on October 23, 2016, B/E Aerospace, Inc. ("B/E Aerospace" or the "Company") announced that it had entered into a definitive merger agreement (the "Merger Agreement"), pursuant to which Quarterback Merger Sub Corp. ("Merger Sub"), a wholly owned subsidiary of Rockwell Collins, Inc. ("Rockwell Collins") will acquire B/E Aerospace (the "Proposed Transaction");

WHEREAS, on November 23, 2016, B/E Aerospace filed a joint proxy statement/prospectus (the "Proxy") with the Securities and Exchange Commission ("SEC") in support of the Proposed Transaction;

WHEREAS, on December 5, 2016, Plaintiff Kipp Dodds filed a Class Action Complaint in the above-captioned action (the "Action") alleging Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder (the

{40804324;1}

"Exchange Act") by causing the allegedly materially incomplete and misleading Proxy to be filed;

WHEREAS, on January 5, 2017, Plaintiff in the Action filed a motion for temporary restraining order and preliminary injunction to enjoin the shareholder vote on the Proposed Transaction unless and until Defendants cured their alleged Exchange Act violations [ECF No. 8] (the "Motion for PI");

WHEREAS, subsequent to the filing of the Motion for PI, counsel for the parties discussed what additional disclosures might resolve the claims raised in the Action and Motion for PI;

WHEREAS, the parties identified categories of disclosures that Plaintiff agreed would moot the Motion for PI (the "Supplemental Disclosures");

WHEREAS, Defendants filed on January 10, 2017 an amended proxy containing, among other revisions, the Supplemental Disclosures;

WHEREAS, the Supplemental Disclosures moot the disclosure claims asserted in the Action;

NOW THEREFORE, pursuant to the stipulations of the parties, **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. Plaintiff hereby agrees to voluntarily dismiss the Action, with prejudice to Plaintiff;

2. Plaintiff asserts that the Supplemental Disclosures were issued by Defendants in response to this Action and the efforts of Plaintiff's counsel to prosecute class claims, and Plaintiff therefore further asserts that his counsel is entitled to a fee and expense award;

3. Defendants deny that Plaintiff's counsel are entitled to a fee and expense award; and

4. This Court retains continuing jurisdiction over the parties in the Action solely for purposes of further proceedings related to the adjudication of plaintiff's anticipated application for an award of attorneys' fees and expenses.

**AGREED BY:**

Dated: February 14, 2017                                              Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**                       **SHEPHERD, FINKELMAN, MILLER &**
Juan E. Monteverde                                                    **SHAH, LLP**
The Empire State Building
350 Fifth Avenue, 59th Floor                                     s/ *Scott R. Shepherd*
New York, NY 10118                                                 Scott R. Shepherd (Fl. Bar No. 69655)
Tel: (212) 971-1341                                                   Nathan C. Zipperian (Fl. Bar No. 61525)
E-mail: jmonteverde@monteverdelaw.com      1625 N. Commerce Parkway
                                                                                      Suite 320
*Attorneys for Plaintiff*                                              Fort Lauderdale, FL 33326
                                                                                      Telephone: 954/515-0123
                                                                                      Facsimile: 866/300-7367
                                                                                      Email: sshepherd@sfmslaw.com
                                                                                      Email: nzipperian@sfmslaw.com

                                                                                      *Attorneys for Plaintiff*


**AKERMAN LLP**                                                      **SHEARMAN & STERLING LLP**


*/s Michael C. Marsh*                                                */s Alan S. Goudiss*

Michael C. Marsh (Fl. Bar No. 72796)                     Alan S. Goudiss
Ryan Roman (Fl. Bar No. 25509)                            K. Mallory Brennan
Three Brickell City Centre                                         Daniel Kahn
98 Southeast Seventh St., Ste. 1100                       599 Lexington Avenue
Miami, FL  33131                                                       New York, New York 10022
Telephone: 305-374-5600                                        Telephone: 212-848-4906
Facsimile: 305-374-5095                                          Facsimile: 646-848-4906

*Attorneys for Defendants*                                       *Attorneys for Defendants*


**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of February, 2017.

_____
**U.S. District Judge**